UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Barbara J. Brown

Case No. 16-10498
Chapter 13

Debtor(s).

## AMENDED **LOSS MITIGATION STATUS REPORT**

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
17 Arbor Drive, Troy, NY 12180

b. Name and address of Creditor:
Seterus, Inc.
P.O Box 1047
Hartford, CT 06143

Name, address, and telephone number of Creditor's attorney:
Ehret A. Van Horn, Esq.
Gross Polowy, LLC
1775 Werhle Drive, Suite 100
Williamsville, NY 14221
(716) 204-1700

Has Creditor filed a proof of claim?

✔ Yes    ☐ No

## PART II — LOSS MITIGATION PROGRAM

a. On 07/27/2017 , a Loss Mitigation Request was filed by:

✔ Debtor(s).                           Other party: _____ .

  Creditor.                            The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

✔ A Loss Mitigation Order was entered on 08/17/2017 .

✔ The Loss Mitigation Order was served on 08/18/2017 .

c. At this time, the Debtor(s) is/are:

  making on-going post-petition monthly mortgage payments in the amount of $_____

    directly to the Creditor.

    to the standing trustee.

    not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

  ✔ Yes        No

e. Creditor served a Request for Information and Documents on 08/24/2017 .

  Debtor(s) served a Response to the Creditor's Request on 09/06/2017.

  ✔ All Information and Documents have been produced.

    The following Information and Documents are still outstanding:
    Upon information and belief, all documents have been produced.
    _____ .

f. Debtor(s) served a Request for Information and Documents on _____ .

  Creditor served a Response to the Debtor(s)' Request on _____ .

    All Information and Documents have been produced.

    The following Information and Documents are still outstanding:
    _____
    _____ .

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g. The Loss Mitigation Parties have participated in  0   Loss Mitigation Session(s) and:

✔ A resolution has been reached.

   A resolution has not been reached because:

   Debtor has accepted the trial modification offered by the creditor.  The terms of the trial modification are as follows: payments of $802.68 due 11/1/17, 12/1/17, and 1/1/18                .

h. Prior Loss Mitigation Status Report (if applicable):

   A Prior Loss Mitigation Status Report was submitted on _____.

   A Prior Loss Mitigation Status Report was submitted on _____.

   A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

   _____

   _____

   _____

   _____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 10/10/2017

/s/ Michael J. O'Connor
Name  Michael J. O'Connor
Firm   O'Connor, O'Connor, et al
Attorney(s) for Debtor(s)/Creditor
Address  20 Corporate Woods Blvd. Albany NY 12211
Telephone Number  (518) 465-0400
Email Address  moconnor@oobf.com
N.D.N.Y. Bar Roll Identification No. 601055

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)